**Order entered November 16, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01271-CV
No. 05-17-01273-CV
No. 05-17-01274-CV
No. 05-17-01275-CV
No. 05-17-01276-CV

**IN RE JAMES H. GENTRY, Relator**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81623-07, 199-81624-07, 199-81625-07,**
**199-81626-07, and 199-81627-07**

# ORDER
Before Justices Lang-Miers, Myers, and Boatright

Before the Court is relator's motion to suspend the rules. We **DENY** the motion.


/s/     JASON BOATRIGHT
JUSTICE